# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2018

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Noreika, Maryellen | U.S. District Court, Delaware | 03/17/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge -- Active | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br>5b. ☑ Amended Report | 01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

United States Courthouse
844 King Street
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Partner | Morris, Nichols, Arsht & Tunnell LLP (1/1/18 through 8/9/18) |
| 2. | Trustee | Family Trust |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 7/19/18 | Agreement with Morris, Nichols, Arsht & Tunnell LLP re: return of capital and buy out of partnership interest for legal services performed prior to 8/1/2018 |
| 2. | 9/11/18 | Agreement with Morris, Nichols, Arsht & Tunnell LLP re: buy out of portion of firm pension |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2018 | Morris, Nichols, Arsht & Tunnell LLP -- partnership income through 7/31/2018 and pursuant to agreements listed in Part II. | $1,965,000.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Morris, Nichols, Arsht & Tunnell LLP Capital Account | | None | | | Distributed | 08/10/18 | M | | |
| 2. Ally Bank Account | D | Interest | L | T | | | | | |
| 3. American Express Bank Account | C | Interest | L | T | | | | | |
| 4. Bank of America Bank Account | A | Interest | J | T | | | | | |
| 5. Barclay's Bank Account | C | Interest | L | T | | | | | |
| 6. Capitol One Bank Account | C | Interest | M | T | | | | | |
| 7. Discover Bank Account | D | Interest | N | T | | | | | |
| 8. First National Bank of Omaha Bank Account | C | Interest | M | T | | | | | |
| 9. Synchrony Bank Account | C | Interest | M | T | | | | | |
| 10. M&T Bank Account | A | Interest | J | T | | | | | |
| 11. UBS Bank CD | A | Interest | M | T | | | | | |
| 12. UBS Bank Money Market Fund | B | Interest | P1 | T | | | | | |
| 13. Vanguard 500 Index Fund (VFIAX) | D | Dividend | O | T | | | | | |
| 14. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 15. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 16. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 17. | | | | | Buy (add'l) | 04/13/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 19. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 20. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 21. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 22. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 23. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 24. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 25. | | | | | Sold (part) | 12/11/18 | K | | |
| 26. Vanguard Emerging Markets Fund (VEMAX) | B | Dividend | K | T | | | | | |
| 27. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 28. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 29. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 30. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 31. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 32. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 33. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 34. | | | | | Buy (add'l) | 08/14/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 36. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 37. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 38. | | | | | Sold (part) | 12/11/18 | K | | |
| 39. Vanguard Energy Fund (VGELX) | A | Dividend | J | T | | | | | |
| 40. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 41. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 42. | | | | | Buy (add'l) | 03/14/18 | J | | |
| 43. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 44. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 45. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 46. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 47. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 48. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 49. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 50. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 51. | | | | | Sold (part) | 12/11/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Extended Market Fund (VEXAX) | A | Dividend | K | T | | | | | |
| 53. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 54. Vanguard Health Fund (VGHCX) | A | Dividend | J | T | | | | | |
| 55. Vanguard Intermediate-Term Fund Tax-Exempt (VWIUX) | A | Dividend | K | T | | | | | |
| 56. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 57. | | | | | Buy (add'l) | 02/14/18 | J | | |
| 58. | | | | | Buy (add'l) | 03/14/18 | J | | |
| 59. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 60. | | | | | Buy (add'l) | 05/14/18 | J | | |
| 61. | | | | | Buy (add'l) | 06/14/18 | J | | |
| 62. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 63. | | | | | Buy (add'l) | 08/14/18 | J | | |
| 64. | | | | | Buy (add'l) | 09/15/18 | J | | |
| 65. | | | | | Buy (add'l) | 10/15/18 | J | | |
| 66. | | | | | Buy (add'l) | 11/15/18 | J | | |
| 67. | | | | | Sold (part) | 12/11/18 | L | | |
| 68. Vanguard International Value Fund (VTRIX) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 01/09/18 | J | | |
| 70. | | | | | Buy (add'l) | 02/09/18 | J | | |
| 71. | | | | | Buy (add'l) | 03/09/18 | J | | |
| 72. | | | | | Buy (add'l) | 04/09/18 | J | | |
| 73. | | | | | Buy (add'l) | 05/09/18 | J | | |
| 74. | | | | | Buy (add'l) | 06/08/18 | J | | |
| 75. | | | | | Buy (add'l) | 07/09/18 | J | | |
| 76. | | | | | Buy (add'l) | 08/08/18 | J | | |
| 77. | | | | | Buy (add'l) | 09/07/18 | J | | |
| 78. | | | | | Buy (add'l) | 10/09/18 | J | | |
| 79. | | | | | Buy (add'l) | 11/13/18 | J | | |
| 80. | | | | | Buy (add'l) | 12/10/18 | J | | |
| 81. Vanguard Municipal Money Market Fund (VMSXX) | A | Dividend | M | T | | | | | |
| 82. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 83. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 84. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 85. | | | | | Buy (add'l) | 04/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 87. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 88. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 89. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 90. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 91. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 92. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 93. | | | | | Buy (add'l) | 12/11/18 | M | | |
| 94. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 95. Vanguard Precious Metals Fund | A | Dividend | | | | | | | |
| 96. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 97. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 98. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 99. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 100. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 101. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 102. | | | | | Buy (add'l) | 07/13/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold | 08/08/18 | K | | |
| 104.  Vanguard REIT Fund (VGSLX) | A | Dividend | K | T | | | | | |
| 105.  Vanguard Total Bond Fund | A | Dividend | | | | | | | |
| 106. | | | | | Buy (add'l) | 01/12/18 | J | | |
| 107. | | | | | Buy (add'l) | 02/15/18 | J | | |
| 108. | | | | | Buy (add'l) | 03/15/18 | J | | |
| 109. | | | | | Buy (add'l) | 04/13/18 | J | | |
| 110. | | | | | Buy (add'l) | 05/15/18 | J | | |
| 111. | | | | | Buy (add'l) | 06/15/18 | J | | |
| 112. | | | | | Buy (add'l) | 07/13/18 | J | | |
| 113. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 114. | | | | | Buy (add'l) | 09/14/18 | J | | |
| 115. | | | | | Buy (add'l) | 10/16/18 | J | | |
| 116. | | | | | Buy (add'l) | 11/16/18 | J | | |
| 117. | | | | | Sold | 12/11/18 | K | | |
| 118.  Vanguard Wellington Fund (VWELX) | | None | K | T | Buy | 12/11/18 | K | | |
| 119. | | | | | Buy (add'l) | 12/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Vanguard Wellesley Fund (VWIAX) | A | Dividend | L | T | | | | | |
| 121. | | | | | Buy | 12/11/18 | L | | |
| 122. | | | | | Buy (add'l) | 12/17/18 | J | | |
| 123. American Funds Washington Mutual Investors Fund | B | Dividend | | | | | | | |
| 124. | | | | | Sold (part) | 02/12/18 | J | A | |
| 125. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 126. | | | | | Sold (part) | 11/01/18 | K | | |
| 127. | | | | | Sold | 12/26/18 | M | | |
| 128. AMG Times Square Mid Cap Fund | A | Dividend | | | | | | | |
| 129. | | | | | Sold (part) | 02/12/18 | J | A | |
| 130. | | | | | Sold (part) | 12/20/18 | K | | |
| 131. | | | | | Sold | 12/31/18 | K | | |
| 132. Black Rock Energy & Resources Fund | A | Dividend | | | | | | | |
| 133. | | | | | Sold | 11/01/18 | K | | |
| 134. Willliam Blair International Growth Fund | B | Dividend | L | T | | | | | |
| 135. | | | | | Sold (part) | 02/12/18 | J | B | |
| 136. | | | | | Buy (add'l) | 09/11/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 11/01/18 | J | | |
| 138. Deutsche Enhanced Commodity Strategy Fund | B | Dividend | | | | | | | |
| 139. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 140. | | | | | Sold | 11/01/18 | K | | |
| 141. Eagle Small Capital Growth Fund | A | Dividend | | | | | | | |
| 142. | | | | | Sold (part) | 02/12/18 | J | A | |
| 143. | | | | | Sold | 12/26/18 | K | | |
| 144. Eaton Vance Tax Advanteged Dividend Fund (EVT) | A | Dividend | M | T | | | | | |
| 145. | | | | | Buy | 12/11/18 | K | | |
| 146. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 147. Eaton Vance Income Fund of Boston | B | Dividend | | | | | | | |
| 148. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 149. | | | | | Sold | 11/01/18 | K | | |
| 150. First Eagle Overseas Fund | A | Dividend | | | | | | | |
| 151. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 152. | | | | | Sold | 08/15/18 | L | C | |
| 153. Goldman Sachs Financial Square Treasury Instruments | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy | 02/12/18 | J | | |
| 155. | | | | | Sold (part) | 04/13/18 | J | | |
| 156. | | | | | Sold (part) | 07/13/18 | J | | |
| 157. | | | | | Sold | 12/20/18 | J | | |
| 158. Harbor International Fund | A | Dividend | | | | | | | |
| 159. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 160. | | | | | Sold | 08/15/18 | L | D | |
| 161. Hotchkis & Wiley Mid-Cap Value Fund | A | Dividend | | | | | | | |
| 162. | | | | | Sold | 12/20/18 | K | | |
| 163. ISHARES CORE S&P 500 ETF (IVV) | A | Dividend | N | T | | | | | |
| 164. | | | | | Buy | 12/11/18 | L | | |
| 165. | | | | | Buy (add'l) | 12/20/18 | L | | |
| 166. ISHARES GLOBAL 100 ETF (IOO) | A | Dividend | N | T | | | | | |
| 167. | | | | | Buy | 12/11/18 | K | | |
| 168. | | | | | Buy (add'l) | 12/20/18 | L | | |
| 169. ISHARES CORE HIGH DIVID ETF (HDV) | A | Dividend | N | T | | | | | |
| 170. | | | | | Buy | 12/11/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 172. ISHARES EDGE MSCI USA VALUE WEIGHTED INDEX FUND ETF (VLUE) | A | Dividend | N | T | | | | | |
| 173. | | | | | Buy | 12/11/18 | K | | |
| 174. | | | | | Buy (add'l) | 12/20/18 | K | | |
| 175. VANGUARD MEGA CAP GROWTH ETF (MGK) | A | Dividend | N | T | | | | | |
| 176. | | | | | Buy | 12/20/18 | K | | |
| 177. John Hancock Classic Value Fund (JCVIX) | A | Dividend | L | T | | | | | |
| 178. | | | | | Sold (part) | 02/12/18 | J | C | |
| 179. Lazard Emerging Markets Equity Fund | A | Dividend | | | | | | | |
| 180. | | | | | Sold (part) | 02/12/18 | J | A | |
| 181. | | | | | Buy (add'l) | 08/15/18 | J | | |
| 182. | | | | | Buy (add'l) | 09/11/18 | K | | |
| 183. | | | | | Sold | 11/01/18 | L | | |
| 184. MainStay Large Cap Growth Fund | A | Dividend | | | | | | | |
| 185. | | | | | Sold (part) | 01/12/18 | J | A | |
| 186. | | | | | Sold (part) | 02/12/18 | J | A | |
| 187. | | | | | Sold (part) | 11/01/18 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold | 12/10/18 | K | | |
| 189. MFS Emerging Markets Fund | B | Dividend | | | | | | | |
| 190. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 191. | | | | | Sold | 11/01/18 | K | | |
| 192. MFS Value Fund | B | Dividend | | | | | | | |
| 193. | | | | | Sold (part) | 02/12/18 | J | A | |
| 194. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 195. | | | | | Sold | 11/01/18 | M | A | |
| 196. Oppenheimer Developing Markets Fund | A | Dividend | L | T | | | | | |
| 197. | | | | | Sold (part) | 02/12/18 | J | B | |
| 198. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 199. | | | | | Sold (part) | 11/01/18 | K | | |
| 200. Principal Global Real Estate Fund | A | Dividend | | | | | | | |
| 201. | | | | | Buy (add'l) | 02/13/18 | J | | |
| 202. | | | | | Sold | 11/01/18 | K | | |
| 203. Russell Investments Commodity Strategies Fund | A | Dividend | | | | | | | |
| 204. | | | | | Sold | 11/01/18 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. T. Rowe Price Real Estate Fund | A | Dividend | | | | | | | |
| 206. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 207. | | | | | Sold | 11/01/18 | K | A | |
| 208. T. Rowe Price International Stock Fund | A | Dividend | | | | | | | |
| 209. | | | | | Buy (add'l) | 08/15/18 | M | | |
| 210. | | | | | Buy (add'l) | 09/11/18 | J | | |
| 211. | | | | | Sold | 11/01/18 | M | | |
| 212. Victory Sycamore Small Company Opportunity Fund | A | Dividend | | | | | | | |
| 213. | | | | | Sold (part) | 02/12/18 | J | A | |
| 214. | | | | | Sold (part) | 11/01/18 | J | | |
| 215. | | | | | Sold | 12/21/18 | L | | |
| 216. Voya Large-Cap Growth Fund | A | Dividend | L | T | | | | | |
| 217. | | | | | Sold (part) | 02/12/18 | J | B | |
| 218. Wells Fargo Core Bond Fund | A | Dividend | | | | | | | |
| 219. | | | | | Buy (add'l) | 02/12/18 | J | | |
| 220. | | | | | Sold | 11/01/18 | K | | |
| 221. Wells Fargo Emerging Growth Fund | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 222. | | | | | Sold (part) | 02/12/18 | J | B | |
| 223. | | | | | Sold (part) | 12/20/18 | K | | |
| 224. 3M | A | Dividend | | | | | | | |
| 225. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 226. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 227. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 228. | | | | | Sold (part) | 07/17/18 | J | A | |
| 229. | | | | | Sold (part) | 09/19/18 | J | | |
| 230. | | | | | Sold | 11/01/18 | K | D | |
| 231. Abbott Laboratories | A | Dividend | | | | | | | |
| 232. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 233. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 234. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 235. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 236. | | | | | Sold (part) | 07/17/18 | J | | |
| 237. | | | | | Sold (part) | 09/19/18 | J | | |
| 238. | | | | | Sold | 11/01/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 239. Accenture PLC | A | Dividend | | | | | | | |
| 240. | | | | | Sold (part) | 01/17/18 | J | | |
| 241. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 242. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 243. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 244. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 245. | | | | | Sold (part) | 09/19/18 | J | | |
| 246. | | | | | Sold | 11/01/18 | K | B | |
| 247. Aflac Inc. | A | Dividend | | | | | | | |
| 248. | | | | | Sold (part) | 01/17/18 | J | | |
| 249. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 250. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 251. | | | | | Sold (part) | 05/16/18 | J | | |
| 252. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 253. | | | | | Sold (part) | 07/17/18 | J | | |
| 254. | | | | | Sold (part) | 09/19/18 | J | | |
| 255. | | | | | Sold | 11/01/18 | K | D | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. Air Products and Chmicals Inc. | A | Dividend | | | | | | | |
| 257. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 258. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 259. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 260. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 261. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 262. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 263. | | | | | Sold (part) | 09/19/18 | J | | |
| 264. | | | | | Sold | 11/01/18 | K | D | |
| 265. Amgen Inc. | A | Dividend | | | | | | | |
| 266. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 267. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 268. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 269. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 270. | | | | | Sold (part) | 09/19/18 | J | | |
| 271. | | | | | Sold | 11/01/18 | K | C | |
| 272. Analog Devices Inc. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 274. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 275. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 276. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 277. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 278. | | | | | Sold (part) | 09/19/18 | J | | |
| 279. | | | | | Sold | 11/01/18 | K | D | |
| 280.  AT&T Inc. | A | Dividend | | | | | | | |
| 281. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 282. | | | | | Sold (part) | 02/16/18 | J | | |
| 283. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 284. | | | | | Sold (part) | 05/16/18 | J | | |
| 285. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 286. | | | | | Sold (part) | 07/17/18 | J | | |
| 287. | | | | | Sold (part) | 09/19/18 | J | | |
| 288. | | | | | Sold | 11/01/18 | J | | |
| 289.  Automatic Data Processing Inc. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Sold (part) | 01/17/18 | J | | |
| 291. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 292. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 293. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 294. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 295. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 296. | | | | | Sold (part) | 09/19/18 | J | | |
| 297. | | | | | Sold | 11/01/18 | K | D | |
| 298. Becton Dickinson and Co. | A | Dividend | | | | | | | |
| 299. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 300. | | | | | Sold (part) | 02/16/18 | J | | |
| 301. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 302. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 303. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 304. | | | | | Sold (part) | 09/19/18 | J | | |
| 305. | | | | | Sold | 11/01/18 | K | E | |
| 306. BlackRock Inc. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 308. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 309. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 310. | | | | | Sold (part) | 09/19/18 | J | | |
| 311. | | | | | Sold | 11/01/18 | K | B | |
| 312. Chevron Corp. | A | Dividend | | | | | | | |
| 313. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 314. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 315. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 316. | | | | | Sold (part) | 06/18/18 | J | | |
| 317. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 318. | | | | | Sold (part) | 09/19/18 | J | | |
| 319. | | | | | Sold | 11/01/18 | K | | |
| 320. Chubb Ltd. | A | Dividend | | | | | | | |
| 321. | | | | | Sold (part) | 01/17/18 | J | | |
| 322. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 323. | | | | | Buy (add'l) | 03/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | D. (2) Date mm/dd/yy | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 324. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 325. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 326. | | | | | Sold (part) | 09/19/18 | J | | |
| 327. | | | | | Sold | 11/01/18 | K | B | |
| 328. Cisco Systems Inc. | A | Dividend | | | | | | | |
| 329. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 330. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 331. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 332. | | | | | Sold (part) | 06/18/18 | J | | |
| 333. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 334. | | | | | Sold (part) | 09/19/18 | J | | |
| 335. | | | | | Sold | 11/01/18 | K | D | |
| 336. Clorox Co. | A | Dividend | | | | | | | |
| 337. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 338. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 339. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 340. | | | | | Buy (add'l) | 06/18/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Sold (part) | 07/17/18 | J | | |
| 342. | | | | | Sold (part) | 09/19/18 | J | | |
| 343. | | | | | Sold | 11/01/18 | K | D | |
| 344. Colgate-Palmolive Co. | A | Dividend | | | | | | | |
| 345. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 346. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 347. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 348. | | | | | Sold (part) | 07/17/18 | J | | |
| 349. | | | | | Sold (part) | 09/19/18 | J | | |
| 350. | | | | | Sold | 11/01/18 | J | | |
| 351. Eaton Vance Corp. | A | Dividend | | | | | | | |
| 352. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 353. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 354. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 355. | | | | | Sold (part) | 09/19/18 | J | | |
| 356. | | | | | Sold | 11/01/18 | J | B | |
| 357. Emerson Electric.Co. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 359. | | | | | Sold (part) | 02/16/18 | J | | |
| 360. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 361. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 362. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 363. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 364. | | | | | Sold (part) | 09/19/18 | J | | |
| 365. | | | | | Sold | 11/01/18 | K | C | |
| 366. Eversource Energy | A | Dividend | | | | | | | |
| 367. | | | | | Sold (part) | 01/17/18 | J | | |
| 368. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 369. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 370. | | | | | Sold (part) | 06/18/18 | J | | |
| 371. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 372. | | | | | Sold (part) | 09/19/18 | J | | |
| 373. | | | | | Sold | 11/01/18 | K | C | |
| 374. Exxon Mobil Corp. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 375. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 376. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 377. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 378. | | | | | Sold (part) | 09/19/18 | J | | |
| 379. | | | | | Sold | 11/01/18 | K | | |
| 380. FactSet Research Systems | A | Dividend | | | | | | | |
| 381. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 382. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 383. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 384. | | | | | Sold (part) | 09/19/18 | J | | |
| 385. | | | | | Sold | 11/01/18 | K | D | |
| 386. General Dynamics Corp. | A | Dividend | | | | | | | |
| 387. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 388. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 389. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 390. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 391. | | | | | Sold (part) | 09/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Sold | 11/01/18 | K | D | |
| 393. General Mills Inc. | A | Dividend | | | | | | | |
| 394. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 395. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 396. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 397. | | | | | Sold (part) | 07/17/18 | J | | |
| 398. | | | | | Sold (part) | 09/19/18 | J | | |
| 399. | | | | | Sold | 11/01/18 | J | | |
| 400. Harris Corp. | A | Dividend | | | | | | | |
| 401. | | | | | Sold (part) | 01/17/18 | J | | |
| 402. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 403. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 404. | | | | | Sold (part) | 05/16/18 | J | | |
| 405. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 406. | | | | | Sold (part) | 09/19/18 | J | | |
| 407. | | | | | Sold | 11/01/18 | K | D | |
| 408. Illinois Tool Works, Inc. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 409. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 410. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 411. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 412. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 413. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 414. | | | | | Sold (part) | 07/17/18 | J | | |
| 415. | | | | | Sold (part) | 09/19/18 | J | | |
| 416. | | | | | Sold | 11/01/18 | K | D | |
| 417. IBM | A | Dividend | | | | | | | |
| 418. | | | | | Sold (part) | 01/17/18 | J | | |
| 419. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 420. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 421. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 422. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 423. | | | | | Sold (part) | 09/19/18 | J | | |
| 424. | | | | | Sold | 11/01/18 | J | | |
| 425. J&J | A | Dividend | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426. | | | | | Sold (part) | 02/16/18 | J | | |
| 427. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 428. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 429. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 430. | | | | | Sold (part) | 07/17/18 | J | | |
| 431. | | | | | Sold (part) | 09/19/18 | J | | |
| 432. | | | | | Sold | 11/01/18 | K | D | |
| 433. JP Morgan Chase & Co. | A | Dividend | | | | | | | |
| 434. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 435. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 436. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 437. | | | | | Sold (part) | 09/19/18 | J | | |
| 438. | | | | | Sold | 11/01/18 | K | A | |
| 439. Lowe's Companies | A | Dividend | | | | | | | |
| 440. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 441. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 442. | | | | | Buy (add'l) | 07/17/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. | | | | | Sold (part) | 09/19/18 | J | | |
| 444. | | | | | Sold | 11/01/18 | K | D | |
| 445. McDonald's Corp. | A | Dividend | | | | | | | |
| 446. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 447. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 448. | | | | | Sold (part) | 03/16/18 | J | | |
| 449. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 450. | | | | | Sold (part) | 09/19/18 | J | | |
| 451. | | | | | Sold | 11/01/18 | K | D | |
| 452. Medtronic PLC | A | Dividend | | | | | | | |
| 453. | | | | | Sold (part) | 01/17/18 | J | | |
| 454. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 455. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 456. | | | | | Sold (part) | 06/18/18 | J | | |
| 457. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 458. | | | | | Sold (part) | 09/19/18 | J | | |
| 459. | | | | | Sold | 11/01/18 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 31 of 48

Name of Person Reporting

Noreika, Maryellen

Date of Report

03/17/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. Microsoft Corp. | A | Dividend | L | T | | | | | |
| 461. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 462. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 463. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 464. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 465. | | | | | Sold (part) | 09/19/18 | J | | |
| 466. NextEra Energy Inc. | A | Dividend | | | | | | | |
| 467. | | | | | Sold (part) | 01/17/18 | J | | |
| 468. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 469. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 470. | | | | | Sold (part) | 06/18/18 | J | | |
| 471. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 472. | | | | | Sold (part) | 09/19/18 | J | | |
| 473. | | | | | Sold | 11/01/18 | K | D | |
| 474. Nike Inc. | A | Dividend | | | | | | | |
| 475. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 476. | | | | | Buy (add'l) | 03/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. | | | | | Sold (part) | 05/16/18 | J | | |
| 478. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 479. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 480. | | | | | Sold (part) | 09/19/18 | J | | |
| 481. | | | | | Sold | 11/01/18 | K | C | |
| 482. Norfolk Southern Corp. | A | Dividend | | | | | | | |
| 483. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 484. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 485. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 486. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 487. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 488. | | | | | Sold (part) | 09/19/18 | J | | |
| 489. | | | | | Sold | 11/01/18 | K | D | |
| 490. Novartis AG | A | Dividend | | | | | | | |
| 491. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 492. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 493. | | | | | Buy (add'l) | 05/16/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 33 of 48

**Name of Person Reporting**

Noreika, Maryellen

**Date of Report**

03/17/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 495. | | | | | Sold (part) | 09/19/18 | J | | |
| 496. | | | | | Sold | 11/01/18 | K | B | |
| 497.  Paychex Inc. | A | Dividend | | | | | | | |
| 498. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 499. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 500. | | | | | Sold (part) | 09/19/18 | J | | |
| 501. | | | | | Sold | 11/01/18 | K | D | |
| 502.  PepsiCo | A | Dividend | | | | | | | |
| 503. | | | | | Sold (part) | 01/17/18 | J | | |
| 504. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 505. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 506. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 507. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 508. | | | | | Sold (part) | 07/17/18 | J | | |
| 509. | | | | | Sold (part) | 09/19/18 | J | | |
| 510. | | | | | Sold | 11/01/18 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**

Page 34 of 48

Name of Person Reporting

Noreika, Maryellen

Date of Report

03/17/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. Phillips 66 | A | Dividend | | | | | | | |
| 512. | | | | | Sold (part) | 01/17/18 | J | | |
| 513. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 514. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 515. | | | | | Sold (part) | 06/18/18 | J | | |
| 516. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 517. | | | | | Sold (part) | 09/19/18 | J | | |
| 518. | | | | | Sold | 11/01/18 | K | D | |
| 519. Polaris Industries Inc. | A | Dividend | | | | | | | |
| 520. | | | | | Sold (part) | 01/17/18 | J | | |
| 521. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 522. | | | | | Sold (part) | 03/16/18 | J | | |
| 523. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 524. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 525. | | | | | Sold (part) | 07/17/18 | J | | |
| 526. | | | | | Sold (part) | 09/19/18 | J | | |
| 527. | | | | | Sold | 11/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 35 of 48

Name of Person Reporting

Noreika, Maryellen

Date of Report

03/17/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. Praxair Inc. | A | Dividend | | | | | | | |
| 529. | | | | | Sold (part) | 01/17/18 | J | | |
| 530. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 531. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 532. | | | | | Sold (part) | 05/16/18 | J | | |
| 533. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 534. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 535. | | | | | Sold (part) | 09/19/18 | J | | |
| 536. | | | | | Sold | 11/01/18 | K | D | |
| 537. P&G Co. | A | Dividend | | | | | | | |
| 538. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 539. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 540. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 541. | | | | | Sold (part) | 07/17/18 | J | | |
| 542. | | | | | Sold (part) | 09/19/18 | J | | |
| 543. | | | | | Sold | 11/01/18 | K | B | |
| 544. Qualcomm Inc. | A | Dividend | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 546. | | | | | Sold (part) | 02/16/18 | J | | |
| 547. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 548. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 549. | | | | | Sold (part) | 09/19/18 | J | | |
| 550. | | | | | Sold | 11/01/18 | K | A | |
| 551. Sysco Corp. | A | Dividend | | | | | | | |
| 552. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 553. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 554. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 555. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 556. | | | | | Sold (part) | 09/19/18 | J | | |
| 557. | | | | | Sold | 11/01/18 | K | D | |
| 558. Target Corp. | A | Dividend | | | | | | | |
| 559. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 560. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 561. | | | | | Buy (add'l) | 07/17/18 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 562. | | | | | Sold (part) | 09/19/18 | J | | |
| 563. | | | | | Sold | 11/01/18 | K | C | |
| 564. U.S. Bancorp | A | Dividend | | | | | | | |
| 565. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 566. | | | | | Sold (part) | 02/16/18 | J | | |
| 567. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 568. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 569. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 570. | | | | | Sold (part) | 09/19/18 | J | | |
| 571. | | | | | Sold | 11/01/18 | K | | |
| 572. United Technologies | A | Dividend | | | | | | | |
| 573. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 574. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 575. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 576. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 577. | | | | | Sold (part) | 09/19/18 | J | | |
| 578. | | | | | Sold | 11/01/18 | K | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

Name of Person Reporting: Noreika, Maryellen

Date of Report: 03/17/2020

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. VF Corp. | A | Dividend | | | | | | | |
| 580. | | | | | Sold (part) | 01/17/18 | J | | |
| 581. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 582. | | | | | Sold (part) | 03/16/18 | J | | |
| 583. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 584. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 585. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 586. | | | | | Sold (part) | 09/19/18 | J | | |
| 587. | | | | | Sold | 11/01/18 | K | D | |
| 588. WW Grainger Inc. | A | Dividend | | | | | | | |
| 589. | | | | | Sold | 01/08/18 | J | A | |
| 590. Wal-Mart Stores | A | Dividend | | | | | | | |
| 591. | | | | | Buy (add'l) | 01/17/18 | J | | |
| 592. | | | | | Buy (add'l) | 02/16/18 | J | | |
| 593. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 594. | | | | | Buy (add'l) | 06/18/18 | J | | |
| 595. | | | | | Sold (part) | 09/19/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. | | | | | Sold | 11/01/18 | K | D | |
| 597.  WEC Energy Group | A | Dividend | | | | | | | |
| 598. | | | | | Sold (part) | 02/16/18 | J | | |
| 599. | | | | | Buy (add'l) | 03/16/18 | J | | |
| 600. | | | | | Buy (add'l) | 05/16/18 | J | | |
| 601. | | | | | Sold (part) | 06/18/18 | J | | |
| 602. | | | | | Buy (add'l) | 07/17/18 | J | | |
| 603. | | | | | Sold (part) | 09/19/18 | J | | |
| 604. | | | | | Sold | 11/01/18 | K | C | |
| 605.  Energy Select Sector SPDR Fund ETF | A | Dividend | J | T | | | | | |
| 606. | | | | | Buy | 09/24/18 | J | | |
| 607. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 608.  Financial Select Sector SPDR Active ETF (XLF) | A | Dividend | J | T | | | | | |
| 609. | | | | | Buy | 09/24/18 | J | | |
| 610.  IShares Core S&P (IJR) | A | Dividend | J | T | | | | | |
| 611. | | | | | Buy | 09/24/18 | K | | |
| 612.  IShares Core MSCI EAFE ETF DE (EFA) | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. | | | | | Buy | 09/24/18 | K | | |
| 614. IShares Core MSCI EAFE ETF (IEFA) | A | Dividend | K | T | | | | | |
| 615. | | | | | Buy | 09/24/18 | K | | |
| 616. IShares MSCI China ETF (MCHI) | A | Dividend | J | T | | | | | |
| 617. | | | | | Buy | 09/24/18 | J | | |
| 618. IShares Core MSCI Emerging Markets ETF (IEMG) | A | Dividend | K | T | | | | | |
| 619. | | | | | Buy | 09/24/18 | K | | |
| 620. | | | | | Sold (part) | 12/12/18 | J | A | |
| 621. IShares Russell Mid-Cap Value ETF (IWS) | A | Dividend | J | T | | | | | |
| 622. | | | | | Buy | 09/24/18 | J | | |
| 623. IShares Russell Mid-Cap Growth ETF (IWP) | A | Dividend | J | T | | | | | |
| 624. | | | | | Buy | 09/24/18 | J | | |
| 625. Pimco Enhanced Short MAT Active ETF | A | Dividend | | | | | | | |
| 626. | | | | | Buy | 09/24/18 | J | | |
| 627. | | | | | Sold | 12/12/18 | J | A | |
| 628. Vanguard Growth ETF (VUG) | A | Dividend | K | T | | | | | |
| 629. | | | | | Buy | 09/24/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 630. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 631. Vanguard Mid-Cap ETF (VO) | A | Dividend | K | T | | | | | |
| 632. | | | | | Buy | 09/24/18 | K | | |
| 633. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 634. Vanguard Value ETF (VTV) | A | Dividend | K | T | | | | | |
| 635. | | | | | Buy | 09/24/18 | K | | |
| 636. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 637. Vanguard Total World Stock ETF | A | Dividend | J | T | | | | | |
| 638. | | | | | Buy | 09/24/18 | J | | |
| 639. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 640. Invesco KBW Bank ETF (KBWB) | A | Dividend | L | T | | | | | |
| 641. | | | | | Buy | 09/24/18 | J | | |
| 642. IShares Transn Average (IYT) | A | Dividend | K | T | | | | | |
| 643. | | | | | Buy | 09/20/18 | K | | |
| 644. | | | | | Sold (part) | 12/12/18 | J | A | |
| 645. IShares Nasdaq Biotechnology ETF (IBB) | A | Dividend | K | T | | | | | |
| 646. | | | | | Buy | 09/20/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Noreika, Maryellen | 03/17/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 647. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 648. IShares Edge MSCI USA Momentum Factor (MTUM) | A | Dividend | L | T | | | | | |
| 649. | | | | | Buy | 09/20/18 | L | | |
| 650. | | | | | Sold (part) | 12/12/18 | J | A | |
| 651. IShares Edge MSCI Quality Factor (USA) (QUAL) | A | Dividend | K | T | | | | | |
| 652. | | | | | Buy | 09/20/18 | K | | |
| 653. | | | | | Sold (part) | 12/12/18 | J | A | |
| 654. Industrial Select Sector SPDR Fund ETF (XLI) | B | Dividend | M | T | | | | | |
| 655. | | | | | Buy | 09/20/18 | L | | |
| 656. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 657. Material Select Sector (XLB) | A | Dividend | K | T | | | | | |
| 658. | | | | | Buy | 09/20/18 | K | | |
| 659. | | | | | Sold (part) | 12/12/18 | J | A | |
| 660. Consumer Staples Select Sector SPDR Fund ETF (XLP) | A | Dividend | L | T | | | | | |
| 661. | | | | | Buy | 09/20/18 | L | | |
| 662. | | | | | Buy (add'l) | 12/12/18 | J | | |
| 663. Vanguard Communication Services ETF (VOX) | A | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 664. | | | | | Buy | 12/12/18 | L | | |
| 665. Vanguard Consumer (VCR) | A | Dividend | M | T | | | | | |
| 666. | | | | | Buy | 09/20/18 | L | | |
| 667. | | | | | Sold (part) | 12/12/18 | J | A | |
| 668. Vanguard Financials EF (VFH) | B | Dividend | M | T | | | | | |
| 669. | | | | | Buy | 09/20/18 | M | | |
| 670. Vanguard Healthcare ETF (VHT) | B | Dividend | M | T | | | | | |
| 671. | | | | | Buy | 09/20/18 | M | | |
| 672. | | | | | Sold (part) | 12/12/18 | J | A | |
| 673. Vanguard Information (VGT) | B | Dividend | N | T | | | | | |
| 674. | | | | | Buy | 09/20/18 | M | | |
| 675. | | | | | Sold (part) | 12/12/18 | L | A | |
| 676. Vanguard Energy ETF (VDE) | B | Dividend | L | T | | | | | |
| 677. | | | | | Buy | 09/20/18 | L | | |
| 678. | | | | | Sold (part) | 12/12/18 | K | A | |
| 679. MONTGOMERY CNTY MD CONS SR B BE/R/ MUNICIPAL BOND | A | Interest | J | T | | | | | |
| 680. | | | | | Buy | 08/24/18 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 681. FLORIDA PORTS FING COMMU SR B RV /R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 682. | | | | | Buy | 08/29/18 | K | | |
| 683. MASSACHUSETTS DEVT FIN A Z-1 RV BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 12/13/18 | K | | |
| 684. OSCEOLA CNTY FL TOURIST 2012 BE/ R/ MUNICIPAL BOND | | None | K | T | Buy | 12/19/18 | J | | |
| 685. COLORADO HEALTH FACS AUT SR B BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 08/23/18 | J | | |
| 686. HENRICO CNTY VA BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 08/27/18 | K | | |
| 687. MONTGOMERY CNTY MD CONS BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 12/13/18 | K | | |
| 688. ST OF WA GO SR B BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 09/05/18 | J | | |
| 689. WASHINGTON SUBN SAN BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 12/13/18 | K | | |
| 690. WISCONSIN ST HEALTH & ED SR A BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 08/23/18 | K | | |
| 691. GEORGIA ST SR D BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 12/18/18 | K | | |
| 692. HOUSTON SR A BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 08/30/18 | J | | |
| 693. PARKER CO WTR & SANTN DI BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 694. | | | | | Buy | 08/23/18 | K | | |
| 695. TENNESSEE ST BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 12/13/18 | K | | |
| 696. HENRICO CO VA WTR SWR RV BE/R/ MUNICIPAL BOND | A | Interest | J | T | | | | | |
| 697. | | | | | Buy | 08/27/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐   NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 698. NEW MEXICO FIN AUT TRANS SR B RV BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 699. | | | | | Buy | 08/29/18 | K | | |
| 700. RUTHERFORD CNTY TN BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 701. | | | | | Buy | 08/28/18 | K | | |
| 702. SOUTH CAROLINA ST FOR IS BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 12/18/18 | K | | |
| 703. HOUSTON TX UTIL SYS FOR SR B RV BE/R/ MUNICIPAL BOND | A | Interest | K | T | | | | | |
| 704. | | | | | Buy | 09/05/18 | J | | |
| 705. BEXAR CNTY TX FOR ISSUE BE/R/ MUNICIPAL BOND | A | Interest | J | T | | | | | |
| 706. | | | | | Buy | 08/27/18 | J | | |
| 707. AUSTIN TX FOR ISSUES DA BE/R/ MUNICIPAL BOND | | None | K | T | Buy | 12/19/18 | J | | |
| 708. | | | | | | | | | |
| 709. | | | | | | | | | |
| 710. | | | | | | | | | |
| 711. | | | | | | | | | |
| 712. | | | | | | | | | |
| 713. | | | | | | | | | |
| 714. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

**FINANCIAL DISCLOSURE REPORT**     Name of Person Reporting     Date of Report

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐　　NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 715. | | | | | | | | | |
| 716. | | | | | | | | | |
| 717. | | | | | | | | | |
| 718. | | | | | | | | | |
| 719. | | | | | | | | | |
| 720. | | | | | | | | | |
| 721. | | | | | | | | | |
| 722. | | | | | | | | | |
| 723. | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 47 of 48

**Name of Person Reporting**

Noreika, Maryellen

**Date of Report**

03/17/2020

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

For Part I. Positions: I do not receive any income from the trust listed and have no beneficial interest in it.

# FINANCIAL DISCLOSURE REPORT
Page 47 of 48

Noreika, Maryellen

03/17/2020

# FINANCIAL DISCLOSURE REPORT

**Name of Person Reporting**

**Date of Report**

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Maryellen Noreika**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544